**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| |
| --- |

**SEACORP, LLC**
**f/k/a SYSTEMS ENGINEERING**
**ASSOCIATES CORPORATION,**

**Plaintiff**

     **v.**                            **Case No. 1:22-cv-01019-PTG-IDD**

**TITAN ONE ZERO LLC**

**Defendant.**

## DEFENDANT'S RULE 26(A)(3) PRETRIAL DISCLOSURES AND WITNESS AND EXHIBIT LISTS

Pursuant to Fed. R. Civ. P. 26(a)(3), the pretrial order in this matter (Doc. 29), and the Court's Order extending deadlines (Doc. 41), Defendant, Titan One Zero LLC ("T10" or "Defendant") hereby submits the following pretrial disclosures, witness list, exhibit list, and deposition designations:

**I.**    **WITNESSES**

    **A.**  **Witnesses that T10 Expects to Present**

1.    Christopher Wu, address and phone number already provided to Plaintiff, though Mr. Wu should only be contacted through the undersigned counsel.

2.    David Strum, address and phone number already provided to Plaintiff, though Mr. Strum should only be contacted through the undersigned counsel.

3.    Elizabeth Goetz-Patridge, address and phone number known to Plaintiff.

4.    Jason Vetovis, address and phone number known to Plaintiff.

5.     Kathleen Doherty, address and phone number known to Plaintiff.

6.     David Cadorette, address and phone number known to Plaintiff.

T10 reserves the right (i) to call any and all witnesses arising out of discovery not completed to date, (ii) to call any custodians of records needed to overcome objection or secure admission of documents, (iii) to call impeachment and rebuttal witnesses, (iv) to call any and all witnesses listed by Plaintiff in this action, (v) to supplement, amend, or correct this witness list for any proper purpose, and (vi) to object to any witnesses listed by Plaintiff.

## II.     EXHIBITS[1]

### A.  <u>T10 Bates-Labeled Exhibits</u>

| T10 Beg # | T10 End # | Description | Expects to Offer Or May Offer |
|-----------|-----------|-------------|-------------------------------|
| 222 | 225 | Emails between Defendant and Plaintiff – Subject: "Follow Up" | Expects to offer |
| 257 | 257 | Email – Goetz to Wu re: NIWC-P BAA Reconfigurable Multi-Modal Sensor Meeting Follow Up | Expects to offer |
| 508 | 515 | Emails RE: 4703.0000 Invoice 0001 | Expects to offer |
| 534 | 542 | Emails RE: 4703.0000 budget/billing | Expects to offer |
| 583 | 583 | Letter- Goetz-Patridge to Wu re: Unmanned Maritime Vehicle Multi-Modal Sensing Network Stop Notice Subcontractor Costs and Audit Availability October 18, 2021 | Expects to offer |
| 670 | 691 | PPT – Reconfigurable Multi-Modal Sensor BAA Kick-Off Meeting | Expects to offer |
| 720 | 723 | Email – Vetovis to Wu, GoetSTOP WORK Subcontract Unmanned Maritime Vehicle Multi-Modal Sensing Network | Expects to offer |
| 745 | 748 | MOD 1 – 30 June 2021 | Expects to offer |

---

[1] Unless expressly noted to the contrary, the designation of an email is intended to include the previous emails in the same email chain reflected in the email document and any attachments to the email.

2

| 800 | 802 | MOD 2 – 24 Jan 2022 | Expects to offer |
| 820 | 820 | Email – Wu to Vetovis re: STOP WORK Subcontract Unmanned Maritime Vehicle Multi-Modal Sensing Network | Expects to offer |
| 840 | 844 | Email – Flynn to Wu re: RE: [External] - NIWC-P BAA STOP WORK RFI | Expects to offer |
| 843 | 843 | Letter - Wu to Goetz-Patridge (Systems Engineering) Re: Subcontract; Unmanned Maritime Vehicle Multi-Modal Sensing Network August 12, 2021 | Expects to offer |
| 863 | 863 | Email – Keller to Goetz re: NIWC-P BAA Reconfigurable Multi-Modal Sensor Meeting Follow Up | Expects to offer |
| 1153 | 1154 | Emails between Defendant and Plaintiff – Subject: "External SEACORP Settlement" | Expects to offer |
| 1354 | 1355 | Email – Mooney to Reyes re: Contract# N6600120C4703: CSWF Report | Expects to offer |
| 1356 | 1356 | Email – Mooney to Reyes re: Contract# N6600120C4703: CSWF Report | Expects to offer |
| 1377 | 1377 | Email – Mooney to Walsh, et al TITAN-SEACORP - Milestone 6 - Draft System Design | Expects to offer |
| 1383 | 1383 | Email – Silvia to Mooney et al re: Government Meeting Cancelled | Expects to offer |
| 1650 | 1650 | Contract & Shipment Number Invoices from 2021-01-03 to 2021-05-28 | Expects to offer |

## B. **SEACORP Bates-Labeled Exhibits**

| SEACORP Beg # | SEACORP End # | Description | Expects to Offer Or May Offer |
|---|---|---|---|
| 456 | 457 | Emails RE: NIWC Opportunity Teaming Agreement [TITANONEZERO - SEACORP] | Expects to offer |
| 1111 | 1117 | Emails RE: RSS Justification | Expects to offer |
| 1118 | 1119 | Contract Status Report | Expects to offer |

| 1121 | 1122 | Email RE: BI Weekly Technical Status reports wk ending 02/19/21 and attached Contract Status Report | Expects to offer |
| 1123 | 1124 | Emails RE: BI Weekly Technical Status reports wk ending 02/19/21 and attached Contract Status Report | Expects to offer |
| 1125 | 1126 | Email RE: Titan One Zero and attached Contract Status Report | Expects to offer |
| 1160 | 1160 | Timesheet Labor Charges (in native .xlsx format) | Expects to offer |
| 1416 | 1417 | Invoice 0001 | Expects to offer |
| 1616 | 1617 | Email RE: BI Weekly Highlights wk ending 04/16/21 and attached Contract Status Report | Expects to offer |
| 1637 | 1638 | Email RE: BI Weekly Status Report for Titan 4703 wk ending 4/16/21/21 and attached Contract Status Report | Expects to offer |
| 1734 | 1735 | Emails RE: [External] - SEACORP Invoice #0001 (Contract # N6600120C4703) Incomplete Status | Expects to offer |
| 2142 | 2147 | Emails Re: Request Multi-Modal Sensor payload benchtop design information | Expects to offer |
| 2155 | 2156 | Concepts for Operations for Reconfigurable Multi-Modal Sensr Payload April 30, 2021 | Expects to offer |
| 2247 | 2247 | Letter - Wu to Goetz-Patridge (Systems Engineering) Re: Subcontract; Unmanned Maritime Vehicle Multi-Modal Sensing Network May 3, 2021 | Expects to offer |
| 2258 | 2258 | Emails DeCosta to Varteresian RE: Stop Work Order - Titan | Expects to offer |
| 2269 | 2269 | Emails – Vetovis to DeitzTitan One Zero | Expects to offer |
| 2272 | 2272 | Emails – Vetovis to Wu RE: [External] - STOP WORK Subcontract Unmanned Maritime Vehicle Multi-Modal Sensing Network | Expects to offer |
| 2273 | 2275 | Email RE: BI Weekly Status Report for Titan wk ending 4/30/21 and attached Contract Status Report | Expects to offer |
| 2366 | 2368 | Email RE: 5/14/2021 Titan Monthly report and attached Contract Status Report | Expects to offer |
| 2496 | 2501 | Emails RE: Intern adds to TAs | Expects to offer |

| 2517 | 2519 | Email re: BI Weekly Status Report for Titan wk ending 5/28/21 and attached Contract Status Report | Expects to offer |
|------|------|------|------|
| 2614 | 2174 | Concepts for Operations for Reconfigurable Multi-Modal Sensr Payload 19 April 2021 | Expects to offer |
| 2628 | 2629 | Emails RE: FW: Titan One Zero Status Reports | Expects to offer |
| 2653 | 2658 | Emails RE: 4703:0000 budget/billing | Expects to offer |
| 2666 | 2668 | Concepts for Operations for Reconfigurable Multi-Modal Sensr Payload 14 June 2021 | Expects to offer |
| 2672 | 2682 | Concepts for Operations for Reconfigurable Multi-Modal Sensr Payload 14 June 2021 | Expects to offer |
| 2698 | 2698 | Emails – Mooney to Reyes TITAN-SEACORP - Milestone 3 - Conceptual Development | Expects to offer |
| 2761 | 2763 | Email RE: Bi Weekly HL's wk ending 6/11/21 and attached Contract Status Report | Expects to offer |
| 3008 | 3010 | Email RE: BI Weekly Status Reports wk ending 6/25/21 and attached Contract Status Report | Expects to offer |
| 3033 | 3035 | Email RE: BI Weekly Status Report for Titan wk ending 6/25/21 and attached Contract Status Report | Expects to offer |
| 3183 | 3183 | Email RE: 4703.0000 Invoice 0003 | Expects to offer |
| 3244 | 3245 | Videos Relating to Benchtop Demonstrations | May offer |
| 3301 | 3302 | Email RE: 4703.0000 Invoice 0003 | Expects to offer |
| 3348 | 3350 | Email RE: BI Weekly Status Report for Titan wk ending 7/23/21 and attached Contract Status Report | Expects to offer |
| 3400 | 3401 | Emails RE: Past Due Invoice | Expects to offer |
| 3542 | 3546 | Emails RE: 4703.0000 Invoice 0003 | Expects to offer |
| 3559 | 3559 | Letter from Costa to Fernandes re: Stop Work for PO# 210602 | Expects to offer |
| 3575 | 3575 | Email RE: STOP WORK – PO# 210602 | Expects to offer |
| 3589 | 3591 | Email RE: BI Weekly Reports wk ending 8/6/21 and attached Contract Status Report | Expects to offer |
| 3705 | 3706 | Email RE: BI Weekly Status Reports | Expects to offer |

| | | wk ending 8/20/21 and attached Contract Status Report | |
|---|---|---|---|
| 3785 | 3785 | Email RE: PSR | May offer |
| 3794 | 3795 | Email RE: BI Weekly Status Reports wk ending 9/17/21 and attached Contract Status Report | Expects to offer |
| 3936 | 3937 | Email RE: BI Weekly Status Reports wk ending 10/01/21 and attached Contract Status Report | Expects to offer |
| 4319 | 4321 | Emails RE: Titan One Zero | May offer |
| 4575 | 4575 | Email RE: Titan One – 4703 | May offer |
| 4726 | 4731 | Emails RE: NIWC-P BAA Reconfigurable Multi-Modal Sensor Meeting Follow Up | Expects to offer |
| 4741 | 4742 | Emails RE: funding spent on Titan contract | Expects to offer |
| 4834 | 4841 | Emails RE: STOP WORK Subcontract Unmanned Maritime Vehicle Multi-Modal Sensing Network | May offer |
| 4996 | 5000 | Videos relating to Benchtop Demonstrations | May offer |
| 5041 | 5042 | Invoices 2021 | Expects to offer |
| 5049 | 5055 | Invoices and Emails from Wright RE: RSS invoices | Expects to offer |
| 5065 | 5069 | Invoices and Emails from Wright RE: RSS invoices | Expects to offer |
| 5148 | 5149 | Invoice from RSS to Sea Corp September 13, 2021 | Expects to offer |

### C.  Exhibits without a Bates Label

| Exhibit | Expects to Offer Or May Offer |
|---|---|
| Subcontract, ECF 17-1, 1-35. [Deposition Ex. 1] | Expects to offer |
| Plaintiff's Answers to Defendant's First Set of Interrogatories | May offer |
| 22 July 2021 Reconfigurable Multi-Modal | Expects to offer |

| | |
|---|---|
| Sensor Payload (RMMSP) Software Design Document (SDD) – (Insert Doc #) [Deposition Ex. 32] | |
| Plaintiff's Rule 26(a)(1) Disclosures and all Supplements | May offer |
| Plaintiff's Answers to Defendant's First Set of Requests for Admissions | May offer |
| Defendant and Counterclaim Plaintiff Titan One Zero LLC's Objections and Responses to Interrogatories | May offer |
| Second Amended Notice of Corporate Designee Deposition Fed. R. Civ. P. 30(b)(6) | May offer |
| Titan One Zero LLC's Answer to First Amended Complaint and Counterclaims | May offer |
| T10's Initial Disclosures and Exhibit A to Initial Disclosures | Expects to offer |
| SEACORP's Answer to T10's Counterclaim | May offer |
| First Amended Complaint | Expects to offer |
| Plaintiff's Responses To Defendant's Second Request For The Production Of Documents | May offer |

## D.  Deposition Designations

Defendant intends to introduce testimony via deposition transcripts from the following out-of-state, nonparty witnesses: Matthew Konrad, Jeffrey Schult, Caroline Varteresian, Brian Mooney, and Daniel Todd.

### Deposition of Matthew Konrad, July 6, 2023:

| Page(s) | Lines |
|---------|-------|
| 1 | 1-22 |
| 10 | 1-22 |
| 11 | 1-22 |
| 12 | 1-2; 11-22 |
| 13 | 1-4 |
| 15-17 | 1-22 |
| 20 | 9-22 |
| 21 | 1-16 |
| 24-33 | 1-22 |
| 34 | 20-22 |
| 35 | 2-22 |
| 36 | 1-1 |
| 47 | 1-22 |
| 48 | 1-22 |
| 49 | 1-13 |
| 53-77 | 1-22 |
| 79 | 13-22 |

| 82-87 | 1-22 |
|---|---|
| 88 | 1-7 |
| 89 | 10-22 |
| 90-96 | 1-22 |
| 97 | 1-6; 13-22 |
| 98 | 1-22 |
| 101-109 | 1-22 |
| 110 | 1-20 |
| 113 | 5-22 |
| 114 | 1-4 |
| 120 | 6-22 |
| 121 | 1-5 |
| 123 | 2-18 |
| 127-128 | 1-22 |
| 129 | 1-15 |

**Deposition of Brian Mooney, July 7, 2023:**

| Page(s) | Lines |
|---|---|
| 1 | 1-22 |
| 12 | 12-22 |
| 13 | 1-18 |
| 17 | 1-22 |
| 18 | 1-20 |

| 25 | 13-22 |
|---|---|
| 26-29 | 1-22 |
| 30 | 1-3 |
| 32-38 | 1-22 |
| 39 | 3-5 |
| 41 | 2-9 |
| 43 | 18-22 |
| 44 | 1-9 |
| 45 | 4-22 |
| 46 | 1-8 |
| 48-54 | 1-22 |
| 56 | 20-22 |
| 57-63 | 1-22 |
| 66-85 | 1-22 |
| 87-104 | 1-22 |
| 120 | 5-22 |
| 121-126 | 1-22 |
| 127 | 1-6 |

**Deposition of Jeffrey Schult, July 6, 2023:**

| Page(s) | Lines |
|---|---|
| 1 | 1-22 |
| 12 | 8-14 |

| | |
|---|---|
| 15 | 22 |
| 16 | 1-8 |
| 19 | 3-22 |
| 20 | 1 |
| 23 | 13-22 |
| 24 | 1-9 |
| 27 | 14-22 |
| 28 | 1-22 |
| 29 | 1-13 |
| 33-34 | 1-22 |
| 35 | 1-13 |
| 46 | 16-22 |
| 47 | 1-22 |
| 48 | 14-22 |
| 49-52 | 1-22 |
| 53 | 1-15 |
| 59 | 1-22 |
| 60 | 1-14 |
| 65 | 13-22 |
| 66 | 1-10 |

**Deposition of Daniel Todd, July 7, 2023:**

| Page(s) | Lines |
|---|---|

| 1 | 1-22 |
|---|---|
| 9 | 10-13 |
| 10 | 5-22 |
| 13 | 18022 |
| 15 | 5-22 |
| 16-20 | 1-22 |
| 21 | 1-14 |
| 23 | 1-22 |
| 24 | 1-2 |
| 25 | 7-22 |
| 26 | 1-17 |
| 27 | 19-22 |
| 28 | 1-21 |
| 30 | 1-14 |
| 36 | 13-22 |
| 37-40 | 1-22 |
| 41 | 1-6; 20-22 |
| 42-43 | 1-22 |
| 44 | 1 |
| 45 | 18-22 |
| 46 | 1-18 |
| 48 | 21-22 |
| 49-54 | 1-22 |

| 55 | 1-5 |
|---|---|
| 56-57 | 1-22 |
| 58 | 1-6; 18-22 |
| 59-61 | 1-22 |
| 62 | 1-5; 8-17 |
| 63 | 13-22 |
| 64 | 1-21 |
| 65 | 1-22 |
| 66 | 4-7; 10-18; 20-22 |
| 67 | 1-3 |
| 68 | 4-22 |
| 69 | 1-3; 10-22 |
| 70-72 | 1-22 |
| 73 | 1-20 |
| 74 | 8-20 |
| 75 | 17-22 |
| 76-77 | 1-22 |
| 78 | 1-4 |

**Deposition of Caroline Varteresian, June 27, 2023:**

| Page(s) | Lines |
|---|---|
| 1 | 1-22 |
| 5 | 12-14 |

| 11 | 10-22 |
|---|---|
| 12 | 1-6; 16-21 |
| 20 | 16-22 |
| 21 | 1-11 |
| 22 | 12-22 |
| 23 | 1-12 |
| 25 | 2-18 |
| 27 | 3-22 |
| 28 | 1-2 |
| 30 | 3-22 |
| 31 | 1-4 |
| 34 | 7-22 |
| 35 | 1-1 |
| 36 | 18-22 |
| 37 | 1-22 |
| 38 | 1-17 |
| 39 | 14-22 |
| 45 | 12-22 |
| 46 | 1-22 |
| 48 | 5-22 |
| 49-56 | 1-22 |
| 57 | 1-8 |
| 61-62 | 1-22 |

| | |
|---|---|
| 63 | 15-22 |
| 64 | 4-22 |
| 65-73 | 1-22 |
| 74 | 1-14 |
| 77 | 10-22 |
| 78-82 | 1-22 |
| 83 | 1-20 |
| 84 | 2-22 |
| 85 | 1-22 |
| 86 | 1-19 |
| 90-97 | 1-22 |
| 99 | 9-22 |
| 100-101 | 1-22 |
| 102 | 1-12 |
| 103 | 6-22 |
| 104 | 1-22 |
| 105 | 18-22 |
| 106 | 1-20 |
| 107 | 1-19 |
| 109 | 6-22 |
| 110 | 1-22 |
| 111 | 1-9 |
| 121 | 9-22 |

| 122 | 1-22 |
|---|---|
| 123 | 1-8 |
| 126-127 | 1-22 |
| 128 | 1-12 |
| 138 | 7-22 |
| 139-143 | 1-22 |
| 144 | 1-14 |
| 149 | 19-22 |
| 150-161 | 1-22 |
| 162 | 1-3 |
| 163 | 14-22 |
| 160-170 | 1-22 |
| 171 | 1-10; 18-22 |
| 172-174 | 1-22 |
| 175 | 1-19 |

Defendant reserves the right (i) to use and introduce any documents arising out of discovery not completed to date, (iii) to use and introduce any affidavits from custodians of records needed to overcome objection or secure admission of documents, (iii) to use and introduce documents for impeachment and rebuttal witnesses, (iv) to use and introduce any exhibits listed by Plaintiff in this action, (v) to supplement, amend, or correct this exhibit and witness list for any proper purpose, (vi) to object to any exhibits listed by Plaintiff, and (vii) to use and introduce additional demonstrative exhibits.

Date: July 19, 2023                     Respectfully Submitted,


                                           /s/
                                     Kristen L. Loesch, Esq.
                                     Matthew R. Keller, Esq.
                                     Walker J. Gray, Esq.
                                     PRAEMIA LAW, PLLC
                                     11710 Plaza America Dr, Suite 2000
                                     Reston, Virginia 20190
                                     Telephone/Fax:  (703) 399 3603
                                     Email:
                                     kristen.loesch@praemialaw.com
                                     matthew.keller@praemialaw.com
                                     walker.gray@praemialaw.com
                                     *Counsel for Titan One Zero LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 19, 2023, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will then send notification of this filing to the following users:

Matthew E. Feinberg, Esq.
Todd Reinecker, Esq. (Pro Hac Vice)
Mansitan Sow, Esq.
PILIEROMAZZA PLLC
1001 G Street NW, Ste.1100
Washington, DC 20001

_____/s_____
Walker J. Gray
