IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| **SEACORP LLC** <br> **f/k/a SYSTEMS ENGINEERING** <br> **ASSOCIATES CORPORATION** <br><br>       **Plaintiff** <br><br>   v <br><br> **TITAN ONE ZERO LLC** <br><br>       **Defendant** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No: 1:22-cv-01019-PTG-IDD <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S, SEACORP, LLC, RULE 26(a)(3) DISCLOSURES**

Plaintiff, SEACORP, LLC, formerly known as Systems Engineering Associates Corporation ("Plaintiff" or "SEACORP"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 26(a)(3), hereby submit the following witness and exhibit lists in advance of trial, as follows:

**I.    WITNESS LIST**

    **A.    Witnesses Who are Expected to Be Called at Trial**

        1.    Jason Vetovis, Vice President, SEACORP, LLC, 62 Johnny Cake Hill, Middletown, RI 02842, (401) 847-2260

        2.    Elizabeth Goetz-Patridge, Vice President of Contracts, SEACORP, LLC, 62 Johnny Cake Hill, Middletown, RI 02842, (401) 847-2260

        3.    Samuel Tannett, Systems Engineer, SEACORP, LLC, 62 Johnny Cake Hill, Middletown, RI 02842, (401) 847-2260

        4.    David Cadorette, President, SEACORP, LLC, 62 Johnny Cake Hill, Middletown, RI 02842, (401) 847-2260

        5.    Custodian of records, SEACORP, LLC, 62 Johnny Cake Hill, Middletown, RI 02842, (401) 847-2260

B.  **Witnesses Who May Be Called at Trial if the Need Arises**

1. Brian Mooney, Plaintiff's former System's Engineer, 4 Cedar Drive, North Stonington, CT 06359, (585) 729-4357

2. Daniel R. Todd – Plaintiff's former System's Engineer, 681 Groton Long Point Road, Groton, CT 06340, (774) 571-8435

C.  **Witnesses Whose Testimony is Expected to Be Presented by Deposition**

1. Kathleen M. Doherty, Program Manager, SEACORP, LLC, 62 Johnny Cake Hill, Middletown, RI 02842, (401) 847-2260

2. Caroline Varteresian, Plaintiff's former Program Manager, 4 J H Dwyer Dr. Middletown, Rl 02842, (508) 472-2771

3.
4. Matthew T. Konrad – Plaintiff's former System's Engineer, 98 Green Hill Rd. Killingworth, CT 06419, (203) 623-9980

5.
6. Jeffrey A. Schult- Plaintiff's former System's Engineer, 68 Warner Avenue, Middletown, CT 06457, (845) 219-4598

7.
8. Daniel R. Todd – Plaintiff's former System's Engineer, 681 Groton Long Point Road, Groton, CT 06340, (774) 571-8435

9.
10. Christopher Wu, Chief Executive Officer, Titan One Zero, LLC, 7666 Fullerton Rd Unit G, Springfield, VA 22153, (571) 388-3362

11.
12. Brian Mooney, Plaintiff's former System's Engineer, 4 Cedar Drive, North Stonington, CT 06359, (585) 729-4357

Excerpted pages from the transcript of the deposition for each of the above-referenced witnesses, containing the specific portions of testimony Plaintiff seeks to introduce at trial, has been separately and contemporaneously served on counsel for Defendant.

SEACORP reserves the right to call any witnesses identified in the witness lists of any other party.

SEACORP reserves the right to call any witness who may be necessary for impeachment or rebuttal.

## II. EXHIBIT LIST

| Ex. # | Description | Bates Range |
|---|---|---|
| 1. | Email from Sanford to Vetovis | SEACORP_0000456 |
| 2. | Email thread transmitting Remote Sensing Solutions quote | SEACORP_0000964-65 |
| 3. | Subcontract Agreement Reconfigurable Multi-Modal Sensor | SEACORP_0000967-96 |
| 4. | Email from Wu to Goetz | SEACORP_0000963-66 |
| 5. | Internal SEACORP Email | SEACORP_0001123 |
| 6. | Email from Wright to Varteresian | SEACORP_0001116-17 |
| 7. | Contract Status Report | SEACORP_0001124 |
| 8. | SEACORP Conversion Documents | SEACORP_0006579-86 |
| 9. | Reconfigurable Multi-Modal Sensor BAA Kick-Off Meeting Presentation - Milestone 1 | TITAN000670-91 |
| 10. | Email from Wu to SEACORP – Initial Milestone Deliverables | SEACORP_0001323-25 |
| 11. | Remote Sensing Solutions Invoice; SEACORP Receiving Log; Email Correspondence; Infinite Electronics International Invoice, May 27, 2021 [AEO] | SEACORP_0005049-55 |
| 12. | Payment Voucher and SEACORP's Invoice | SEACORP_0004851-52 |
| 13. | Concept of Operations for Reconfigurable Multi-Modal Sensor Payload | SEACORP_0002164-74 |
| 14. | Email from Vetovis to Titan One Zero | SEACORP_0001726-28 |
| 15. | Email from Reyes to Vetovis | SEACORP_0001734-35 |
| 16. | Email from Mooney to Reyes | SEACORP_0002142-47 |
| 17. | Internal SEACORP Email | SEACORP_0002221-29 |

| Ex. # | Description | Bates Range |
|---|---|---|
| 18. | Reconfigurable Multi-Modal Sensor Payload SEACORP Current Capability Documentation | SEACORP_0002155-56 |
| 19. | Stop Work Letter from Wu to Goetz-Patridge | SEACORP_0002247 |
| 20. | Internal SEACORP Email | SEACORP_0002258 |
| 21. | SEACORP's Labor Totals | |
| 22. | Email from Vetovis to Deitz | SEACORP_0002271-72 |
| 23. | Email from Camara to Titan One Zero | SEACORP_0002376-77 |
| 24. | Email from Vetovis to Wu | TITAN000720-23 |
| 25. | Internal SEACORP Email | SEACORP_0002496-2501 |
| 26. | Internal SEACORP Email | SEACORP_0002628-29 |
| 27. | Internal SEACORP Email | SEACORP_0002653-58 |
| 28. | Milestone 3 Email from Mooney to Titan One Zero | SEACORP_0002698 |
| 29. | Reconfigurable Multi-Modal Sensor Payload SEACORP Current Capability Documentation | SEACORP_0002666-68 |
| 30. | Concept of Operations for Reconfigurable Multi-Modal Sensor Payload | SEACORP_0002699-2709 |
| 31. | Milestone 3 deliverables | |
| 32. | Email from Reyes to SEACORP | SEACORP_0002750-51 |
| 33. | Internal SEACORP Email | |
| 34. | Milestone 4 deliverables | |
| 35. | Milestone 4 Email from Mooney to Titan One Zero | SEACORP_0002992-93 |
| 36. | Subcontract Agreement Reconfigurable Multi-Modal Sensor – MOD 1 v3 | SEACORP_0003416-19 |
| 37. | Email from Mooney to Reyes | TITAN001354-55 |

| Ex. # | Description | Bates Range |
|---|---|---|
| 38. | Email from Mooney to Reyes | TITAN001356 |
| 39. | Milestone 5 Email from Mooney to Titan One Zero | SEACORP_0003768 |
| 40. | Milestone 5 Email from Mooney to Titan One Zero | SEACORP_0003248 |
| 41. | Milestone 5 deliverables | |
| 42. | Reconfigurable Multi-Modal Sensor Payload Software Design Document | |
| 43. | Email from Mooney to Walsh | TITAN001377 |
| 44. | Milestone 6 Email from Reyes to Mooney | SEACORP_0003297-98 |
| 45. | Email from Silva to Mooney | TITAN001383 |
| 46. | Milestone 6 deliverables | |
| 47. | Payment Voucher and SEACORP's Invoice | SEACORP_0004853-54 |
| 48. | Partial Stop Work Order | SEACORP_0003495 |
| 49. | Email from Wu to Vetovis | TITAN000820 |
| 50. | Email from Titan One Zero AP to SEACORP | SEACORP_0003537-41 |
| 51. | Email from Titan One Zero AP to SEACORP | SEACORP_0003769-72 |
| 52. | Material Received-Voucher Report | SEACORP_0004990 |
| 53. | SEACORP Letter to Remote Sensing Solutions | SEACORP_0003559 |
| 54. | Letter from Titan One Zero to SEACORP | TITAN000843 |
| 55. | Milestone 7 deliverables | |
| 56. | Remote Sensing Solutions Invoice | SEACORP_0005149 |
| 57. | Email thread regarding Stop Work Order final RFI notice from Flynn to Wu | TITAN000840-43 |
| 58. | Email thread regarding Stop Work Order final RFI notice from Wu to Vetovis and Goetz | SEACORP_0003865-70 |

| Ex. # | Description | Bates Range |
|---|---|---|
| 59. | SEACORP Letter to Titan One Zero | TITAN000583 |
| 60. | SEACORP EMG 21-009 Audit Response to Titan One Zero | SEACORP_0006351 |
| 61. | Email from Goetz-Patridge to Wu | TITAN000257 |
| 62. | Email from Keller to Goetz-Patridge | TITAN000863 |
| 63. | Internal SEACORP Email | SEACORP_0004292 |
| 64. | Partial Stop-Work Order | TITAN001109 |
| 65. | Payment Voucher and SEACORP's Invoice | SEACORP_0004301-02 |
| 66. | Subcontract Agreement Reconfigurable Multi-Modal Sensor – MOD 2 | TITAN000800-02 |
| 67. | Email from Zaleski to Goetz | SEACORP_0004991-92 |
| 68. | Payment Voucher and SEACORP's Invoice | SEACORP_0004861-62 |
| 69. | Email from Cadorette to Wu | TITAN000222-25 |
| 70. | Internal SEACORP Email | SEACORP_0004726-31 |
| 71. | Internal SEACORP Email | SEACORP_0004741-42 |
| 72. | Email from Cadorette to Wu | TITAN001153-55 |
| 73. | SEACORP Labor Actuals Report | |
| 74. | SEACORP's Answers to Interrogatories | |
| 75. | Titan One Zero's Answers to Interrogatories | |
| 76. | SEACORP damages Computation Documents (SEACORP's Costs; Payment Voucher 3/17/2022; Non-Labor Detail Report; Labor Summary Report; Project Status Report) | SEACORP_0005041-42; SEACORP_0004861-62; SEACORP_0005043-48; SEACORP_0005038-39; SEACORP_0005040 |

SEACORP reserves the right to rely on any exhibit disclosed on any other party's exhibit list.

SEACORP reserves the right to rely on any exhibit necessary for impeachment or rebuttal.

Respectfully submitted,

**SEACORP, LLC**

Dated: July 19, 2023                By: /s/ *Matthew E. Feinberg*
Matthew E. Feinberg (VSB No. 93283)
mfeinberg@pilieromazza.com
Mansitan Sow (VSB No. 945590)
msow@pilieromazza.com
**PILIEROMAZZA PLLC**
1001 G Street, N.W., Ste. 1100
Washington, D.C. 20001
Ph: (202) 857-1000
Fx: (202) 857-0200

Todd M. Reinecker (*pro hac vice*)
treinecker@pilieromazza.com
**PILIEROMAZZA PLLC**
1910 Towne Centre Blvd., Ste. 250
Annapolis, MD 21401
Ph: (410) 500-5551

*Attorneys for SEACORP, LLC*

## CERTIFICATE OF SERVICE

I, Matthew E. Feinberg, hereby certify that on July 19, 2023, a true copy of the foregoing document was served on the attorneys of record for Defendant by delivering a copy of the same via electronic mail to:

Kristen L. Loesch, Esq.
kristen.loesch@praemialaw.com
Matthew R. Keller, Esq.
matthew.keller@praemialaw.com
PRAEMIA LAW, PLLC
11710 Plaza America Dr., Ste. 2000
Reston, VA 20190

/s/ *Matthew E. Feinberg*
Matthew E. Feinberg (VSB No. 93283)