# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| **Seacorp, LLC,** | | |
|---|---|---|
| | Plaintiff, | |
| v. | | **TELEPHONIC** |
| | | **FINAL PRETRIAL CONFERENCE** |
| **Titan One Zero LLC, et al.,** | | Case No. **1:22-cv-01019-PTG-IDD** |
| | Defendants. | |

| **HONORABLE PATRICIA TOLLIVER GILES** presiding | Court Reporter: | S. Wallace |
|---|---|---|
| Deputy Clerk: Paulina Miller | Hearing Began: | 10:01 a.m. |
| Proceeding Held: 07/19/2023 | Hearing Ended: | 10:15 a.m. (00:14) |

**Appearances:**

| **Plaintiff:** | Mansitan Sow, Todd Reinecker (phv) |
|---|---|
| | |
| **Defendant:** | Walker Gray |

Counsel for Plaintiff and Defendant enter their appearance.

Parties advise the Court of case status.

Case set for a **BENCH** Trial on: **TUESDAY, OCTOBER 3, 2023 @ 10:00 a.m. (3 days).**
(Trial to begin 10/03, continue 10/04, **no trial 10/05**, resume trial 10/06)

Motion(s) for Summary Judgment set for: **THURSDAY, AUGUST 24, 2023 @ 10:00 a.m.**

The Court encourages the parties to contact the chambers of Magistrate Judge Davis re: Settlement.