IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SEACORP, LLC,                          )
                                       )
                Plaintiff,             )
                                       )
        v.                             )    Case No. 1:22-cv-1019 (PTG/IDD)
                                       )
TITAN ONE ZERO, LLC,                   )
                                       )
                Defendant.             )
                                       )

## ORDER

This matter comes before the Court on Plaintiff's Consent Motion to Continue Trial ("Motion"). Dkt. 150. The three-day bench trial in this civil action was originally scheduled to commence on October 3, 2023, and was later reset for February 13, 2024. *Id.* at 1. Plaintiff now requests that the trial once again be continued until either May 21, 2024 or June 4, 2024. *Id.* Upon consideration of the Motion, it is hereby

**ORDERED** that Plaintiff's Consent Motion to Continue Trial (Dkt. 150) is **DENIED**.

Dated: January 25, 2024
Alexandria, VA

_____
Patricia Tolliver Giles
United States District Judge